| Ex Parte | 2010 TSPR 186 |
| Eileen Meléndez O'Neill | 179 DPR _____ |

Número del Caso: TS-4078

Fecha: 19 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                                    4078
Eileen Meléndez O´Neill




Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Juez Asociada señora Pabón Charneco y el Juez Asociado señor Kolthoff Caraballo.

                          RESOLUCIÓN


        San Juan, Puerto Rico, a  19 de agosto de 2010

            Examinada la Comunicación Solicitando Baja Voluntaria presentada por la Lcda. Eileen Meléndez O´Neill, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

            Publíquese.

            Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo